**Order filed September 11, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00560-CV
_____

## IN THE INTEREST OF A.A.C., A.E.C, E.S.C. AKA E.C., JR., CHILDREN,

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-25634**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was due September 10, 2019 but it has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore we order appellant's appointed counsel, Jeffrey Glen Heintschel, to file appellant's brief no later than **September 23, 2019.** If the brief is not filed by

that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM


Panel Consists of Justices Jewell, Bourliot, and Zimmerer.